UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TROY DURIO ET AL** | **CASE NO. 6:21-CV-03314** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **AMERICAN SUMMIT INSURANCE CO** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter came before United States Magistrate Judge Carol B. Whitehurst regarding Plaintiffs' failure to prosecute their case. Judge Whitehurst issued a report and recommendation (doc. 24) recommending that Plaintiffs' claims be dismissed for failure to prosecute. After an independent review of the record, and noting the absence of any objections/and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs' claims are hereby DISMISSED.

**THUS DONE AND SIGNED** in Chambers this 29th day of July, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE